NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GMG PRODUCTS LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**TRAEGER PELLET GRILLS LLC,**
*Intervenor*

———————————

2022-2171

———————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1237.

———————————

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

February 8, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 8, 2024